1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA

10

11 JON LEE BYRD,                    Case No. ED CV 15-01279 AFM

12            Plaintiff,            **JUDGMENT**

13      v.

14
   CAROLYN W. COLVIN, Acting
15 Commissioner of Social Security,

16            Defendant.

17

18

19      In accordance with the Order Affirming Decision of Commissioner filed

20 concurrently herewith,

21      IT IS ORDERED AND ADJUDGED that the Commissioner's decision is

22 AFFIRMED.

23

24 DATED:  July 21, 2016

25

26 _____

27          ALEXANDER F. MacKINNON
   UNITED STATES MAGISTRATE JUDGE
28